IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA CALDERON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-53 |
| | § | |
| TOYOTA MOTOR SALES, USA, INC., | § | |
|     Defendant. | § | |

## **ORDER**

On June 5, 2023, the Plaintiff filed a notice of voluntary dismissal, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Dkt. No. 6.  This rule permits the plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (en banc).

Accordingly, all claims made in this case have been dismissed with prejudice.  The District Clerk shall close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

DONE at Brownsville, Texas on June 5, 2023

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

1